3/23/2020

Dear Mr. Hicks,

    Thank you for your status inquiry letter under Local Rule IA 7-1. The court is aware of your case, 19cv1665, and the motions pending in it. These motions are in queue for a decision. The court addresses all motions in the order they are filed. While the court strives to resolve all matters as expeditiously as possible, given the court's current caseload, as well as the fact that all criminal matters must be addressed before all civil matters as liberty interest are at stake, it may take several months before a motion is resolved. The court appreciates your patience in this regard.

                                                    Sincerely,

                                                  Brenda Weksler
                                                United States Magistrate Judge