1
2
3
4                     **UNITED STATES DISTRICT COURT**

5                            **DISTRICT OF NEVADA**

6

7   Michael Hicks,                          )
                                            )
8                   Plaintiff,              )        Case No.  2:19-cv-01665-GMN-BNW
                                            )
9   vs.                                     )        **ORDER**
                                            )
10  C.P. Squires Elementary School, et al., )
                                            )
11                  Defendants.             )
    _____)
12

13          Presently before the court is pro se plaintiff's  motion for leave to file electronically (ECF

14  No. 26)

15          Plaintiff requests permission to file, receive, and serve documents electronically in this

16  case.  The court will grant plaintiff's request under Local Rule IC 2-1(b), which states that a "pro

17  se litigant may request the court's authorization to register as a filer in a specific case."  For the

18  purpose of this rule, a "filer" is defined as "a person who is issued a login and password to file

19  documents in the court's electronic filing system."  LR IC 1-1(b).

20          IT IS THEREFORE ORDERED that plaintiff's motion for leave to file electronically (ECF

21  No. 26) is GRANTED.  Plaintiff must comply with the following procedures to activate his

22  CM/ECF account:

23          (1)  By **March 25, 2021**, plaintiff must file a written certification that he has completed the

24  CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil &

25  Criminal Events Menu that are available on the court's website, www.nvd.uscourts.gov.  Plaintiff

26  is advised that he is not authorized to file electronically until this certification is filed with the court

27  within the time frame specified.

28  / / /

1    (2) After timely filing the certification, plaintiff must contact the CM/ECF Help Desk at

2    (702) 464-5555 to set up a CM/ECF account.

3

4    DATED: March 8, 2021.

5

6    _____

7    **Brenda Weksler**
     **United States Magistrate Judge**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2