PATRICK J. MURCH
Nevada Bar No. 10162
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Tel: (702) 799-5373
Fax: (702) 799-5505
murchpj@nv.ccsd.net
*Attorney for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL HICKS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>C.P. SQUIRES ELEMENTARY SCHOOL, BARRY BOSACKER, AND JOAQUIN LANDEROS,<br><br>　　　　Defendants. | Case No. 2:19-cv-01665-GMN-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE** |

　　　Michael Hicks, in proper person, and C.P. Squires Elementary School, Joaquin Landeros, and Barry Bosacker, by and through their attorney of record, having agreed to resolve this matter, hereby stipulate and agree that the above-captioned matter may be dismissed, with prejudice.

Each party shall bear his or its own attorney fees and costs incurred in connection with this dispute.

DATED: October 12, 2021

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: _____
Patrick J. Murch (#10162)
5100 West Sahara Avenue
Las Vegas, Nevada 89146
*Attorney for Defendants*

DATED: October 12, 2020

_____
Michael Hicks
245 East Centennial Parkway #2057
North Las Vegas, Nevada 89084
*Plaintiff in proper person*

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERD** that Defendant Joaquin Landeros's Motion to Dismiss, (ECF No. 37), is **DENIED as moot**.

The Clerk of Court shall close this case.

Dated this 12 day of October, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT